UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BRIDGET PARKER,<br>   Plaintiff | )<br>)<br>)<br>)<br>)<br>) |
| v. | )<br>)<br>) Docket No. 2:17-CV-00216-GZS |
| JOSH DALL-LEIGHTON,<br>SCOTT LANDRY,<br>RANDALL LIBERTY,<br>RENEE SHANKS,<br>DR. JOSEPH FITZPATRICK, and<br>STATE OF MAINE,<br>   Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) |

<u>DEFENDANT RENEE SHANKS'S MOTION TO DISMISS THE PLAINTIFF'S
COMPLAINT IN ACCORDANCE WITH F.R.CIV.P. 12((b)(6) FOR FAILURE TO STATE A
CLAIM UPON WHICH RELIEF CAN BE GRANTED</u>

   NOW COMES the Defendant, Renee Shanks, by and through her attorney, Patrick S. Bedard, and moves that this Honorable Court dismiss the Plaintiff's Complaint against Renee Shanks for Failure to State a Claim Upon Which Relief Can Be Granted. F.R.Civ.P. 12(b)(6). The Defendant Renee Shanks submits a Memorandum of Law in Support of her Motion to Dismiss.

   WHEREFORE the Defendant Renee Shanks moves that this Honorable Court dismiss the Plaintiff's Complaint against her for failure to state a claim upon which relief can be granted.

RESPECTFULLY SUBMITTED:
RENEE SHANKS
By Her Attorneys
DAVID J. BOBROW, ME Bar No. 9164
PATRICK S. BEDARD, ME Bar No. 3813
BEDARD & BOBROW, PC.
P.O. Box 366
9 Bradstreet Lane
Eliot, ME  03903
207-439-4502

Date: September 14, 2017            /s / David J. Bobrow
                                    David J. Bobrow, Esq.


Date: September 14, 2017            /s / Patrick S. Bedard
                                    Patrick S. Bedard, Esq.


## CERTIFICATE OF SERVICE

   I hereby certify that on this date I served a copy of the Defendant Renee Shanks's Motion To Dismiss The Plaintiff's Complaint In Accordance With F.R.CIV.P. 12((b)(6) For Failure To State A Claim Upon Which Relief Can Be Granted on all counsel on record via the ECF system.

Date: September 14, 2017            /s / Patrick S. Bedard
                                    Patrick S. Bedard, Esq.