UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BRIDGET PARKER,<br>    Plaintiff | )<br>)<br>)<br>) |
| v. | )   Docket No. 2:17-CV-00216-GZS<br>)<br>) |
| JOSH DALL-LEIGHTON and<br>RENEE SHANKS,<br>    Defendants | )<br>)<br>) |

## STIPULATION OF DISMISSAL

    Pursuant to *Fed. R. Civ. P*. 41(a)(1)(ii), the Plaintiff and Defendant Renee Shanks hereby stipulate to dismiss all Counts against Defendant, Renee Shanks, in the above captioned Federal civil action, with prejudice and without costs to any party. This dismissal shall have no bearing on the Counts pending against Defendant Joshua Dall-Leighton.

August 10, 2018

/s/ Ezra A.R. Willey, Esq.
_____
Ezra A.R. Willey, Esq.
Attorney for Plaintiff

August 10, 2018

/s/ Patrick Bedard, Esq.
_____
Patrick Bedard, Esq.
Attorney for Defendant Renee Shanks

CERTIFICATE OF SERVICE

      I, Ezra A. R. Willey, attorney for the Defendant, hereby certify that I have this day made due notice of the within Stipulation of Dismissal of Defendant Renee Shanks, by electronic service, via CM/ECF, to:

James E. Fortin, AAG
Office of the Attorney General
Six State House Station
Augusta, ME  04333
james.fortin@maine.gov

David J. Bobrow, Esq.
Bedard & Bobrow, PC
P.O. Box 366
9 Bradstreet Lane
Eliot, ME 03903

Patrick S. Bedard, Esq.
Bedard & Bobrow, PC
P.O. Box 366
9 Bradstreet Lane
Eliot, ME 03903


August 10, 2018                        ____/s/ Ezra A. R. Willey_____
                                                 Ezra A. R. Willey, Esq. (#5025)