## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| BRIDGET PARKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket no. 2:17-CV-216-GZS |
| | ) |
| JOSH DALL-LEIGHTON, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## PROCEDURAL ORDER REGARDING DEFAULT DAMAGES HEARING

A default damages hearing is scheduled in this matter for September 13, 2018. In preparation for this hearing, the Court ORDERS that Plaintiff submit the following **by September 5, 2018**:

- A description of the nature of damages sought;
- All exhibits that Plaintiff anticipates presenting at the hearing; and
- A witness list, including a summary of anticipated testimony.

Any exhibits that include confidential information, such as medical records, shall be filed under seal.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 15th day of August, 2018.