UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

BRIDGET PARKER )
Plaintiff, )
)
v. ) Civil No. 2:17-cv-00216-GZS
)
JOSH DALL-LEIGHTON, et al )
Defendants, )

## JUDGMENT

In accordance with the Order on Plaintiff's Motion to Strike and Defendants' Motion to Dismiss entered on December 8, 2017, and the Order on Motion for Default Judgment entered on September 25, 2018 by U.S. District Judge George Z. Singal,

JUDGMENT of Dismissal with prejudice is hereby entered for Defendants Scott Landry, Dr. Joseph Fitzpatrick, Randall Liberty, and the State of Maine;

JUDGMENT of dismissal is further entered for Defendant Renee Shanks on Counts VII, VIII, IX, and XI;

DEFAULT Judgment is hereby entered for Plaintiff Bridget Parker, against Defendant Joshua Dall-Leighton, on Counts I and XI in the amount of $900,000, and on Count X in the amount of $200,000, plus interest as allowed by law.

All other counts as to Defendant Joshua Dall-Leighton are dismissed with prejudice.

CHRISTA K. BERRY

CLERK

By: /s/ Michelle Thibodeau
Deputy Clerk

Dated: October 2, 2018