# United States Court of Appeals
## For the First Circuit

No. 18-1998

BRIDGET PARKER,

Plaintiff, Appellant,

v.

SCOTT LANDRY, et al.,

Defendants, Appellees.

**JUDGMENT**

Entered: August 20, 2019

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Maine.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc:
Ezra Abbot Rand Willey
Josh Dall-Leighton
James Edward Fortin
Patrick Scott Bedard