# United States Court of Appeals
## For the First Circuit

No. 18-1998

BRIDGET PARKER

Plaintiff - Appellant

v.

SCOTT LANDRY, individually and in his official capacity as Warden for Maine Correctional Center; DR. JOSEPH FITZPATRICK, individually and in his official capacity as Commissioner of the Maine Department of Corrections; RANDALL LIBERTY, individually and in his official capacity as Warden for Maine State Prison

Defendants - Appellees

JOSH DALL-LEIGHTON, individually and in his official capacity as Corrections Officer for the State of Maine; RENEE SHANKS, individually and in her official capacity as Corrections Officer for the State of Maine; STATE OF MAINE

Defendants

**MANDATE**

Entered: September 11, 2019

In accordance with the judgment of August 20, 2019, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Maria R. Hamilton, Clerk


cc:
Patrick Scott Bedard
Josh Dall-Leighton
James Edward Fortin
Ezra Abbot Rand Willey